PER CURIAM Opinion; Dissent by Judge GERTNER.
ORDER
Respondents’ petition for panel rehearing is hereby granted. The opinion filed on September 23, 2010, and published at 622 F.3d 1262 (9th Cir.2010), is withdrawn and replaced by the attached opinion.
No new petitions for panel rehearing shall be accepted in this case.
OPINION
PER CURIAM.
We conclude that this case is now controlled by the Supreme Court’s intervening decision in Harrington v. Richter, 562 U.S. -, 131 S.Ct. 770, 178 L.Ed.2d 624 (2011). Accordingly, we affirm the district court’s denial of Kristin Rossum’s petition for a writ of habeas corpus.
AFFIRMED.